IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02742-WYD

JUDY A. COLLINS,

    Plaintiff,

vs

CAROLYN W. COLVING, Commissioner of Social Security,

    Defendant.[1]

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER entered by the Honorable Wiley Y. Daniel, U.S. District Judge on March 25, 2013, it is hereby

ORDERED that, pursuant to the Court's Order, the Administrative Law Judge's findings and opinion is AFFIRMED, and the case is TERMINATED.

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, in favor of the defendant Commissioner and against Plaintiff.

DATED at Denver, Colorado this 26th day of March, 2013.

        FOR THE COURT,
        JEFFREY P. COLWELL, Clerk

        By: s/ Edward P. Butler
           Edward P. Butler, Deputy Clerk

---

[1] Carolyn W. Colvin, as of Feb. 14, 2013, has been named as the Acting Commissioner of the Social Security Administration.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is automatically substituted for Michael J. Astrue as the defendant in this suit.